# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

CHARLES BANKS,

                     *Defendant.*

CRIMINAL ACTION
NO. 24-25

## ORDER

**AND NOW**, this 21st day of June 2024, upon consideration of Defendant's Motion to Dismiss the Indictment, (ECF No. 20), and the Government's Response in Opposition to the Defendant's Motion, (ECF No. 21), the Motion is **DENIED**.

BY THE COURT:

Gerald J. Pappert, J.