Exhibit



# CITY OF PHILADELPHIA
Police Department
Office of Forensic Science
843-849 N. 8ᵗʰ Street
Philadelphia, PA 19123
(215) 685-3101
Firearms Identification Unit Laboratory Report

| | | | |
|---|---|---|---|
| **Assigned Unit/Agency:** | Southwest Detective Division | **Date of Report:** | 11/27/2023 |
| **Assigned Unit Control #:** | 23-5296 | **OFS #:** | 23-0007821 |
| **Assigned Investigator:** | DENNI SLOBODIAN | **DC #:** | 23-18-030154 |
| **Contact Email:** | DENNIS.SLOBODIAN@phila.gov | **OFS Report #:** | 1 |

## Item(s) Submitted:

| Lab Item# | Property Receipt# | Quantity | Description | Location |
|---|---|---|---|---|
| 1 | 3593812 | 1 | Handgun | 901 S. Cecil St. |
| 2 | 3593812 | 7 | Ammunition | 901 S. Cecil St. |

## Method of Analysis:

A visual and physical examination was conducted on all submitted evidence. A function and operability test was performed on the submitted firearm. A serial number restoration was conducted.

## Results/Conclusions:

| Lab Item# | Case Designation | |
|---|---|---|
| 1 | P1 | One (1) Ruger, model EC9S semiautomatic pistol, caliber 9 mm Luger, Serial Number Obliterated, Barrel Length 3 1/8". The uncertainty of the length measurements is +/- 1/16 (0.0625) inch at a confidence interval of 95%. P1 was test fired and found to be operable. |
| | | Test fires were entered into the NIBIN database. |
| | | The serial number is obliterated. Chemical restoration techniques resulted in a full restoration "457-04836". |
| 2 | Cartridges | Seven (7) unfired cartridges 9 mm Luger, submitted with P1. |

## Remarks:

The investigation of a WEAPONS VIOLATION

An examination was performed on evidence from the above Property Receipt(s) between 11/21/2023 and 11/27/2023.



USA000061

**Philadelphia Police Department, Office of Forensic Science: Firearms Identification Laboratory Report**

Lab #: 23-000/821          DC#: 23-18-030154                    Date of Report: 11/27/2023

If items were entered into the NIBIN database, any correlations will be performed and reported by the ATF NIBIN National Correlation and Training Center. NIBIN Lead notifications will be reported to the ATF Crime Gun Intelligence Center for dissemination.

Disposition of Evidence: Evidence shall be maintained by the PPD in accordance with all applicable directives, standards, and/or legal requirements.

Laboratory User Fee: $ 350.00

**QA/QC Statement**

This report accurately reflects the findings and opinions of the examiner who performed the analysis. All of the examinations and tests were performed in compliance with validated and industry-approved procedures and standards.

Examiner                                              Co-Examiner
RAYMOND A ANDREJCZAK JR                               ROBERT G STOTT
Police Officer 1                                      Police Officer 1

USA000062