# Exhibit B

**From:** Stephanie Woods <stephaniewoods104@yahoo.com>
**Sent:** Tuesday, October 15, 2024 10:52 PM
**To:** Katrina Young <Katrina_Young@fd.org>
**Subject:** Re: Charles Banks -- Character/Support Letter for Sentencing

EXTERNAL SENDER

To whom it may concern,

   Charles Banks was a good father to my children! My babies love him, hopefully they can reunite soon. Overall he was a great person! He was his friends & family go to person when they needed something! He was the one everyone counted on.
Sent from my iPhone