# Exhibit C

8-27-24

Hi my name is Charles Banks II

I was born on 6-9-61, I'm 63 yrs old, I spent 5 yrs in the ARMY ! 1979-1983

My main Ocupation was a Cook, but now I'm disable due to C.O.P.D.

I live in Mt Airy, 250 E Hortter St

If you need more info U can Call me at 267-496-9825 obot me


Now my son Charles BANKS III

he was a pretty good kid, he made some wrong choices in life but most of I did ant 1 point or anater, but he is a father now and he is a good one

I now he did wrong and he must pay for his wrong doing, My son is a barber he cuts hair, and since he had his kids he has matured a lot, there is so much I can say abut my son, I would be writing a book

My Son is a good person.

Thank You Honorable Gerald. J Pappert

| | |
|---|---|
| **From:** | Katrina Young |
| **To:** | "samuel hobbs" |
| **Subject:** | RE: Charles Banks |
| **Date:** | Wednesday, October 16, 2024 12:17:00 PM |

Hi Mr. Hobbs,

Thanks so much for taking the time to speak to me just now. I totally understand if you cannot make the sentencing due to your upcoming deployment, but if you can find the time to come to Mr. Banks's sentencing hearing, I know the judge would love to hear from someone who has known him since childhood and can speak candidly about him.

The hearing will take place at the federal courthouse at 601 Market Street in Philadelphia in courtroom 11A (on the 11th floor). It will start promptly at 2 PM, so if you are able to make it, please try to get there no later than 1:45 PM. You will need a valid photo ID to enter the courthouse, and the hearing should take no longer than an hour.

Please feel free to call me on my cell (717-658-2759) with any questions, and if you don't mind texting me the day of the hearing in the morning just to let me know if you can make it or not, I'd really appreciate it.

Safe deployment!

Katrina


Katrina Young, Esq.
Assistant Federal Defender
Federal Community Defender Office for the Eastern District of Pennsylvania
601 Walnut Street, Suite 540W
Philadelphia, PA 19106
(215) 928-1100
(215) 928-1112 (facsimile)
E-mail: katrina_young@fd.org

*__Confidentiality Notice:__ This message is the property of the Federal Community Defender Office for the Eastern District of Pennsylvania. It may be legally privileged and/or confidential and is intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized disclosure, dissemination, distribution, copying, or taking any action in reliance on the information contained herein is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this message.*

**From:** samuel hobbs <samuelhobbs88m@gmail.com>

**Sent:** Tuesday, October 15, 2024 6:36 AM
**To:** Katrina Young <Katrina_Young@fd.org>
**Subject:** Re: Charles Banks

EXTERNAL SENDER

Wednesday anytime 215 416 8605

On Mon, Oct 14, 2024, 22:38 Katrina Young <Katrina_Young@fd.org> wrote:

> Thank you for sending this. Would you be available for a phone call tomorrow or Wednesday for a few followup questions? If so, what is a good number to reach you.
>
> I look forward to speaking with you.
>
> Katrina
>
> Get Outlook for iOS
>
> ---
>
> **From:** samuel hobbs <samuelhobbs88m@gmail.com>
> **Sent:** Monday, October 14, 2024 8:48:38 PM
> **To:** katrina_young@fd.org <katrina_young@fd.org>
> **Subject:** Charles Banks
>
> EXTERNAL SENDER
>
> To whom it may concern im speaking on Charles Bank ,Me And Mr.Banks has been Family for over 15 plus year ,He very helpful in the neighborhood I currently in the Military and When I was overseas for Mr.Banks Helped my Mother alot with Groceries, Laundry, Helping out with my Sickly Grandma. He helps out all the elderly ppl in the neighborhood with their errands .If you a Good Heart Can You let him out so he can continue to help his neighborhood,
>
>
> Thank you Sincerely SPC.Hobbs Samuel